1

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)

2

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

3

21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367

4

Phone: 877-206-4741

5

Fax: 866-633-0228
tfriedman@toddflaw.com

6

abacon@toddflaw.com
*Attorneys for Plaintiff*

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10

| | |
|---|---|
| RORY ANDERSON, | ) Case No. 2:17-cv-06457-ODW-SS |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| CAPITAL ONE, NATIONAL | ) |
| ASSOCIATION, and DOES 1-10 inclusive, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

11

12

13

14

15

16

17

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this

18

Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all

19

pending hearing dates and allow sixty (60) days with which to file dispositive documentation.

20

Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this

21

matter until fully resolved.

22

23

24

Dated**:** November 8, 2017          **Law Offices of Todd M. Friedman, P.C.**

25

26

By: /s/ Todd M. Friedman____
         Todd M. Friedman, Esq.

27

         Attorneys for Plaintiff

28

Notice of Settlement - 1

1   Filed electronically on this 8th Day of November, 2017, with:

2

3   United States District Court CM/ECF system

4   Notification sent electronically via the Court's ECF system to:

5

6   All Counsel of Record as recorded on the Electronic Service List.

7   This 8th Day of November, 2017

8

9   s/Todd M. Friedman
       Todd M. Friedman, Esq.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28